UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Jacqueline Richardson and Valerie Geaither on behalf of themselves and a class of similarly situated persons,

Plaintiffs,

vs.

Metropolitan State University, Minnesota State Colleges and Universities, a/k/a MnSCU, f/k/a Minnesota State University System,

Defendantss.

Case No. 00-CV-2295 DWF/RLE

**PROTECTIVE ORDER**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the Minnesota Government Data Practices Act, Minn. Stat. § 13.01 *et seq.*, and specifically Minn. Stat. § 13.03, subd. 6, and the stipulation of the parties, and based on a consideration of the Plaintiffs' need for certain data which Defendants contend is classified as private data under Minn. Stat. § 13.43, the Defendants' interest in maintaining the confidentiality of the data and the privacy interests of the subjects of the data,

IT IS HEREBY ORDERED:

1. Subject to the restrictions set forth in paragraphs 2 and 3 below, Defendants will produce the otherwise non-objectionable documents and information requested by the Plaintiffs in the following discovery requests herein which Defendants contend include, consist of and/or contain data which the Defendants contends are classified as private personnel data on individuals under Minn. Stat. § 13.43:

a. Request Nos. 7 - 13, 16.

FILED DEC 18 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

2. The documents and information which include, consist of or contain data which the Defendants contend are private data on individuals as described above, will be subject to the following restrictions:

a. They will be used by Plaintiffs solely in connection with the above-entitled litigation and will not be disclosed outside this litigation.

b. They shall not be disclosed by Plaintiffs during the course of trial preparation except to the following:

(i) the Plaintiffs, the Plaintiffs' counsel and such employees of the Plaintiffs' counsel who assist in the above-captioned litigation all of whom are bound by the terms of this Protective Order;

(ii) independent experts or consultants working with counsel for the Plaintiffs who, prior to disclosure, sign an affidavit agreeing to be bound by the terms of this Protective Order; and

(iii) other persons, including deponents, whose assistance is required by counsel in conducting this litigation, as agreed to by counsel for the parties, provided that such other persons sign an affidavit, prior to disclosure, agreeing to be bound by the terms of this Protective Order and specifically agreeing that they will not disclose any private data disclosed to them outside this litigation.

c. The Plaintiffs' counsel agree to maintain in their possession any and all copies of the documents and information produced pursuant to this Order and to return all such copies to the Defendants' counsel at the close of this litigation.

d. The parties agree that this Stipulation covers pretrial preparation only and does not cover submissions to the court or evidence to be offered at trial.

Dated: Dec. 17, 2001.

BY THE COURT

DONOVAN W. FRANK
Judge of United States District Court

AG: 528168,v. 01

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
OFFICE OF THE CLERK

316 N. ROBERT ST., RM. 700
ST. PAUL, MN 55101

300 S. FOURTH ST., RM 202
MINNEAPOLIS, MN 55415

417 FEDERAL BLDG, 515 W. FIRST ST.
DULUTH, MN 55802

# Clerk's Notice In Re: Protective Order

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing **confidential original** documents with the Clerk of U.S. District Court. Failure to do so will cause the documents to be returned.

## *Guidelines for filing with the Clerk:*

A. Documents are to be **sealed** (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 *(LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 1/2 x 11 inch white paper...flat and unfolded. this rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)*

B. Each envelope must list the following information, and each document is to be in a separate envelope.

- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents.
- The word "**SEALED**" or "**CONFIDENTIAL**"

## *Guidelines for filing with a U.S. District Judge or Magistrate Judge:*

In addition to the above procedures, copies for delivery to the U.S. District Judge or U.S. Magistrate Judge are to be marked accordingly and bound together as a set.