United States District Court
District of Minnesota

**Jacqueline Richardson and Valerie Geaither on behalf of themselves and a class of similarly situated persons,**

**Plaintiffs,**

**v.**

**Metropolitan State University, Minnesota State Colleges and Universities, a/k/a MnSCU, f/k/a Minnesota State University System,**

**Defendants.**

**Case No.: 00-2295 DWF/RLE**

**AMENDED SCHEDULING ORDER**

This matter came on before the undersigned pursuant to a joint request by counsel for a modification of the scheduling. Based on the facts presented, this Court's August 1, 2001, Scheduling Order is hereby amended as follows:

The Plaintiffs' expert disclosures as outlined in the August 1, 2001, order shall be made on or before April 1, 2002.

The Defendant's expert disclosures as outlined in the August 1, 2001, order shall be made on or before May 1, 2002.

All other deadlines stated in this Court's August 1, 2001, Scheduling Order remain in effect.

BY THE COURT:

Dated: 2/20/02

Raymond L Erickson
RAYMOND L. ERICKSON
United States Magistrate Judge

11

FILED FEB 20 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK