UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Jacqueline Richardson and Valerie Gaeither on behalf of herself and a class of similarly situated persons,

Plaintiffs,

vs.

Metropolitan State University, Minnesota State Colleges and Universities, a/k/a MnSCU, f/k/a Minnesota State University System,

Defendants.

Civil File No. 00-CV-2295 DWF/RLE

**ORDER**

State Defendants have moved the Court for an extension of time to file their responsive memorandum to Plaintiffs' Motion for Class Certification. State Defendants' memorandum is due today, Friday, July 12, 2002. State Defendants are asking for a two-day extension due to illness of the attorney.

IT IS ORDERED THAT:

1. The State Defendants' request is granted. The State Defendants may file and serve their responsive memorandum on Tuesday, July 16, 2002.

2. Plaintiffs are granted an additional two days to file their reply memorandum.

Dated this 15th day of July, 2002.

BY THE COURT:

HONORABLE DONOVAN W. FRANK
Judge of U.S. District Court

AG: #695123-v1

FILED JUL 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________