UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jaqueline Richardson and Valerie Geaither, on behalf of themselves and a class of similarly situated persons,

Plaintiffs,

v.

Metropolitan State University, Minnesota State Colleges and University System (MnSCU), a/k/a MnSCU, f/k/a Minnesota State University System,

Defendants.

Civil No. 00-2295 (DWF/RLE)

**ORDER OF DISMISSAL**

---

Edwin L. Sisam, Esq., Dorothy J. Buhr, Esq., and Tammy P. Friederichs, Esq., Sisam & Watje, 7230 Metro Boulevard, Minneapolis, MN 55439, and Ronald L. Futterman, Esq., Futterman & Howard, 122 South Michigan Avenue, Suite 1850, Chicago, IL 60603, counsel for Plaintiffs.

Gary R. Cunningham, Assistant Attorney General, Minnesota Office of the Attorney General, Suite 1100, 445 Minnesota Street, St. Paul, MN 55101, counsel for Defendants.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: October 15, 2003

DONOVAN W. FRANK
Judge of United States District Court

Filed OCT 15 2003
Richard D. Sletten, Clerk
Judgment Entered ________
Deputy Clerk's Initials ________